UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KIRK WAYNE McBRIDE, SR., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-07-106 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR, T.D.C.J. | § | |
|     Respondent. | § | |

## ORDER DENYING PETITIONER'S MOTION FOR REMOVAL TO A STATE DISTRICT COURT

On May 2, 2007, the United States Magistrate Judge filed her Memorandum and Recommendation (D.E. 10). After ample opportunity, neither party filed objections. When no timely objection is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's recommendation.

The Court DENIES Petitioner's Motion for Removal to a State District Court (D.E. 9).

ORDERED this **23** day of **July**, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE